UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKHWINDER SINGH,<br><br>  Petitioner,<br><br>  v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>  Respondents. | No. 1:25-cv-01984-DJC-EFB (HC)<br><br>ORDER |

Petitioner proceeds with this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent is directed to show cause why the writ should not be granted by filing an answer/return.  *See* 28 U.S.C. § 2243.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents' answer/response to the § 2241 petition is due no later than 20 days from the date of this order.

2. Petitioner's reply is due 14 days after being served with the answer.

3. Respondent shall request and obtain petitioner's complete A-file and provide a copy to petitioner's counsel upon receipt.

DATED:  December 31, 2025

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE