UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKHWINDER SINGH, | No.  1:25-cv-01984-DJC-EFB (HC) |
| Petitioner, | |
| v. | ORDER GRANTING PETITION |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

Petitioner proceeds in this petition for writ of habeas corpus under 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 3, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Respondents have filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 3, 2026 are adopted in full.

2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED. Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice describing the change of circumstances necessitating the arrest and detention, and a timely hearing where the government must show petitioner poses a danger to the community or a risk of flight.

3. The Clerk of Court is directed to enter judgment in Petitioner's favor and close the case.

IT IS SO ORDERED.

Dated:   **May 14, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2